

## MEMORANDUM OPINION

No. 04-12-00081-CV

Sergio **ALANIS**, Sr., et al.,
Appellants

v.

Jesus Maria **ALVAREZ**, et al.,
Appellees

v.

Ana Lisa **GARZA**,
Intervenor

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-00-00328
Honorable Federico Hinojosa, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:   April 4, 2012

DISMISSED

Appellants filed notice of appeal on February 9, 2012 indicating their intent to appeal an

interlocutory order granting Intervenor Ana Lisa Garza's motion for summary judgment.   Having

determined that the summary judgment order appeared to be interlocutory, we ordered appellants

to show cause in writing within fifteen days why this appeal should not be dismissed for lack of jurisdiction. Appellants did not respond. Intervenor responded, and filed a motion to dismiss the appeal for want of jurisdiction because the summary judgment order is interlocutory. The record shows the summary judgment order is interlocutory, as it does not dispose of the appellants' claims against the defendants, and there is no severance order in effect. Therefore, we must dismiss this appeal. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 205-06 (Tex. 2001). Accordingly, intervenor's motion to dismiss is GRANTED, and this appeal is dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

PER CURIAM